*New York*
One Grand Central Place
60 East 42nd St., 46th Floor
New York, NY 10165
p. (646) 459-7971
f. (646) 459-7973

*New Jersey*
375 Passaic Ave., Ste. 100
Fairfield, NJ 07004
p. (973) 227-5900
f. (973) 244-0019

Reply to: New York



Joseph K. Jones, Esq.††
Benjamin J. Wolf, Esq.††
Anand A. Kapasi, Esq.†
Paul Gottlieb, Of Counsel

††Admitted NY, NJ, CT
†Admitted NY, NJ

Application granted.

The initial conference scheduled for June 17, 2022 is hereby adjourned to July 7, 2022 at 12:00 p.m. Unless the parties request otherwise, this conference will be held via telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

The parties' joint letter and proposed case management plan shall be filed on or before June 30, 2022.

SO ORDERED.

_____
Hon. Ronnie Abrams
06/09/2022

June 8, 2022

**ELECTRONICALLY FILED**

Hon. Ronnie Abrams, USDJ
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Hancock v Schwartz Vays et al.*
             Civil Action No. 1:22-cv-02016

Your Honor:

     I write on behalf of Plaintiff and the putative class, *on consent*, to respectfully request that the Fed. R. Civ. P. §16 Conference scheduled for June 17, 2022 be briefly adjourned along with a corresponding date for the parties' joint discovery plan. [ECF No. 7] No prior request has been made.

     The reason for my request is that on May 17, 2022 Plaintiff filed her First Amended Class Action Complaint wherein a new party, Axela Technologies, Inc. ("Axela") was added to Plaintiff's 15 U.S.C. 1692 *et seq*, the Fair Debt Collection Practices Act ("FDCPA") case. [ECF No. 12] Axela's time to file a responsive pleading has not expired. [ECF No. 16]

     Should you have any further questions please do not hesitate to contact me.

                                      Respectfully submitted,

                                      /s/ Benjamin J. Wolf
                                      Benjamin J. Wolf, Esq.
                                      bwolf@legaljones.com

Cc: Carl M. Perri, Esq. (*via* ECF)